B. Schlesinger Company, Respondent, *v.* I. B. Kleinert
Rubber Company, Appellant.

*Schlesinger Company* v. *Kleinert Rubber Co.*, 136 App. Div. 939,
affirmed.

(Submitted May 12, 1911; decided May 30, 1911.)

Appeal from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 4, 1910, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for an alleged breach of contract.

*Abraham Benedict* for appellant.

*Jesse S. Epstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Haight, Werner, Willard
Bartlett, Hiscock, Chase and Collin, JJ.

---

John F. Clark et al., Respondents, *v.* James Kirkland,
Appellant.

*Clark* v. *Kirkland*, 133 App. Div. 826, affirmed.

(Argued May 12, 1911; decided May 30, 1911.)

Appeal from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 13, 1909, affirming a judgment in favor of
plaintiffs entered upon a decision of the court on trial at
Special Term in an action to remove a cloud upon title to
real property.

*Albert T. Wilkinson* for appellant.

*William S. Mackie* and *Smith M. Lindsley* for
respondents.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Haight, Werner, Willard
Bartlett, Hiscock, Chase and Collin, JJ.